682

EDWARD KIVOVITS v. DAVID MURPHY et al.—

Concur — Botein, P. J., Breitel, Rabin, Eager and Noonan, JJ.

In the Matter of PUBLIC SCHOOL 150, CITY OF NEW YORK et al., Respondents; FLORENCE RUSH, Appellant.—

Concur — Botein, P. J., Breitel, Rabin, Eager and Noonan, JJ.

GERALD VASSILATOS v. PAUL ZUBER.—

Concur — Botein, P. J., Breitel, Rabin, Eager and Noonan, JJ.

DAVE FLEISCHER v. W. P. I. X., INC. DAVE FLEISCHER, v. N. T. A. PICTURES et al.—

Concur — Breitel, J. P., Rabin, Valente, McNally and Stevens, JJ.

NATHAN MALKIN v. DAVID DUBINSKY, as President of the International Ladies' Garment Workers' Union.—

Concur — Botein, P. J., Breitel, Rabin, Eager and Noonan, JJ.

HERBERT H. SABBETH v. EVELYN L. SABBETH.—

The court does not pass on whether plaintiff has such rights. Concur — Botein, P. J., Breitel, Rabin, Eager and Noonan, JJ.

In the Matter of the Arbitration between BOTANY FINISHING COMPANY and WALES FABRICS, INC.—

Concur — Botein, P. J., Breitel, Rabin, Eager and Noonan, JJ.

HARRY WEINBERG v. LOUIS GREISS.—

Concur — Botein, P. J., Breitel, Rabin, Eager and Noonan, JJ.